## C. E. WESTBROOK v. JOSEPH SCHMAUS.

REVIEW—*Incomplete Transcript.* Where the record brought up for a review of the rulings of the district court is based upon a transcript, it is essential that it shall contain all the proceedings of the case, as shown by the record in the court below, and that it is a complete transcript must appear from the certificate of the clerk.

*Error from Butler District Court.*

ACTION between *Westbrook* and *Schmaus* to quiet title. From the judgment, on October 5, 1889, *Westbrook* comes to this court.

*Keller & Dean,* for plaintiff in error.
*Mooney & Stratford,* for defendant in error.

The opinion of the court was delivered by

JOHNSTON, J.: This proceeding was brought to review the rulings and judgment of the district court of Butler county, in an action to quiet title. The right to a review is challenged on account of the insufficiency of the record. The petition in error is based upon a transcript instead of a case-made, and the clerk, in the certificate attached, certifies that it "is a full, true and correct copy of certain proceedings had in said court in the case therein entitled, as the same appears of record in my office." The certificate fails to show that the record contains a complete transcript of the proceedings in the cause. Nothing short of a full transcript of all the proceedings is sufficient, and that it is a complete transcript must appear from the certificate of the clerk. Within the authority of *Whitney v. Harris,* 21 Kas. 96; *Eckert v. McBee,* 25 id. 706; *The State v. Ricker,* 40 id. 14; *Neiswender v. James,* 41 id. 463, the proceeding must be dismissed.

All the Justices concurring.